## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Eike Henry, | : |
|     Plaintiff, | : Case No: 1:21-cv-1583 |
| v. | : Judge: |
| National Credit Systems, Inc., | : Notice of Removal |
|     Defendant. | : |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant National Credit Systems, Inc. ("NCS") hereby removes the above-captioned action from the Cuyahoga County Court of Common Pleas to the United States District Court, for the Northern District of Ohio on the following grounds:

1. Plaintiff Erika Henry ("Henry") filed this action in the Cuyahoga County Court of Common Pleas, Case No. CV-21-947871, on May 24, 2021.

2. Henry's Complaint (attached hereto as Exhibit A) alleged a claim under the Ohio Consumer Sales Practices Act, R.C. § 1345 et. seq. (the "CSPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. (the "FDCPA").

3. On July 13, 2021, a copy of the Summons and Complaint was served on National Credit Systems, Inc. (summons attached hereto as Exhibit B).

4. NCS is the only Defendant in this case and consents to removal of this case to Federal Court.

5. The United States District Court for the for the Northern District of Ohio has federal question jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Henry's Complaint is based on alleged violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. (the "FDCPA").

PLEASE TAKE NOTICE that the Defendants will file copies of this Notice with the Clerk of the Court for the Cuyahoga County Court of Common Pleas pursuant to 28 U.S.C. § 1446(d).

    Respectfully submitted,

    <u>/s/ Zachary P. Elliott</u>
    Boyd W. Gentry (0071057)
    Zachary P. Elliott (0090057)
    Law Office of Boyd W. Gentry, LLC
    4031 Colonel Glenn Highway, First Floor
    Beavercreek, OH 45431
    Tel. (937) 839-2881
    Fax (800) 839-5843
    bgentry@boydgentrylaw.com
    zelliott@boydgentrylaw.com
    *Counsel for National Credit Systems, Inc.*

## **Certificate of Service**

    I hereby certify that a true and accurate copy of the foregoing Notice of Removal has been served by the Court's CM/ECF service to all counsel of record on August 13, 2021.

                                                   /s/ Zachary P. Elliott
                                                   Zachary P. Elliott (0090057)